UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LIZKARY TORRES, et al.,

        Plaintiffs,

  -against-

LINA FOOD CORP. D/B/A C-TOWN, et al.,

        Defendants.
------------------------------------x

13 Civ. 5355 (LTS)(AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the settlement agreement reached by all parties and transcribed by the court reporter on January 27, 2014, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the Court retains jurisdiction through May 30, 2014 pursuant to the terms of the settlement.  Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:    New York, New York
               January 27, 2014

                                              _____
                                              **Andrew J. Peck**
                                              United States Magistrate Judge

Copies **ECF** to:    All Counsel
                        Judge Swain

C:\ORD\DISMISS